

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00817-CV

In the Interest of **R.J.G.** and J.A.G., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1982-CI-10537
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 5, 42.3(c); *Zayas v. Denson*, No. 04-18-00373-CV, 2018 WL 3551193, at *1 (Tex. App.—San Antonio July 25, 2018, no pet.) (dismissing an appeal for failure to pay the filing fee).

SIGNED January 15, 2020.

_____
Irene Rios, Justice